STATE v. WALLACE

No. 16P85.

Case below: 71 N.C. App. 681.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 May 1985.

STATE v. WATTS

No. 131P85.

Case below: 72 N.C. App. 661.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 May 1985.

STATE v. WHITE

No. 300P85.

Case below: 74 N.C. App. 504.

Petition by defendant for temporary stay allowed 24 May 1985.

STATE ex rel. BANKING COMM. v.
    CITICORP SAVINGS INDUS. BANK

No. 293PA85.

Case below: 74 N.C. App. 474.

Petition by Citicorp for discretionary review under G.S. 7A-31 allowed 4 June 1985. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question denied 4 June 1985.

STEWART v. GRAHAM, COM'R OF AGRICULTURE

No. 143P85.

Case below: 72 N.C. App. 676.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 7 May 1985.